**Order entered November 15, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01382-CV

**CITY OF TERRELL, TEXAS, Appellant**

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

## ORDER

This is an appeal from the trial court's order denying appellant's plea to the jurisdiction. In a related appeal docketed as appellate cause number 05-19-01248-CV, appellant appeals from the trial court's order granting a temporary injunction ("temporary injunction appeal"). Certain documents in the clerk's record in the temporary injunction appeal are relevant to this appeal. Accordingly, on the Court's own motion, we **DIRECT** the Clerk of this Court to transfer a copy of the clerk's record filed in the temporary injunction appeal on October 15, 2019 into this appeal.

/s/     BILL WHITEHILL
        JUSTICE